FILED
CLERK, U.S. DISTRICT COURT

11/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DL___ DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>Up To and Including $10,000 In Bank Funds Held in JP Morgan Chase Account #XXXXX9285; Up To and Including $100,000 In Bank Funds Held In JP Morgan Chase Account #XXXXX4381; And Up To And Including $250,000 In Bank Funds Held In JP Morgan Chase Account #XXXXX9698; And Up To And Including $100,000 in Bank Funds Held In JP Morgan Chase Account #XXXXX5397. | Case No. 2:18-MJ-2872; 18-MJ-2874; 18-MJ-2875; 18-MJ-2876; 18-MJ-2878; 18-MJ-2880; 18-MJ-2883<br><br>ORDER |

Before the Court are Applications to Stay Execution of Seizure Warrants ("Applications"). Finding good cause,

**IT IS ORDERED** that the execution of the seizure warrants directed at JP Morgan Chase authorizing the seizure of various amounts from the accounts identified in the Applications is stayed pending a hearing on the Applications.

///

///

///

///

**IT IS FURTHER ORDERED** that a hearing on the Motion is scheduled for <u>Wednesday, December 12, 2018, at 1:30 p.m</u>. in Courtroom 590, 5th Floor, Roybal Federal Courthouse, 255 E. Temple Street, Los Angeles. Counsel for the Claimants shall file a Reply Brief to the Government's Response by no later than Wednesday, December 5, 2018.

DATED: November 29, 2018

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE