Name and address:

Michael L. Piccarreta, Esq.
Piccarreta Davis Keenan Fidel PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701

FILED

2018 DEC -7  PM 4:10

# UNITED STATES DISTRICT COURT,
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of: Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Acct #xxxxx9285, et al.<br><br>Plaintiff(s),<br><br>v.<br><br><br><br>Defendant(s), | CASE NUMBER<br><br>18-MJ-02875<br><br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

PICCARRETA, MICHAEL L.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

PICCARRETA DAVIS KEENAN FIDEL PC
_____
*Firm/Agency Name*

| 2 EAST CONGRESS STREET, SUITE 1000 | 520-622-6900 | 520-622-0521 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| TUCSON, AZ  85701 | mlp@pd-law.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

ANDREW PADILLA                           ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* MOVANT

                                         ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| STATE BAR OF ARIZONA | 1974 | YES |
| US DISTRICT CT, DIST OF ARIZONA | 1974 | YES |
| NINTH CIRCUIT COURT OF APPEALS | 1974 | YES |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☒ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated December 4, 2018

MICHAEL L. PICCARRETA
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Rubiner, John K.
*Designee's Name (Last Name, First Name & Middle Initial)*

Barton, Klugman & Oetting, LLP
*Firm/Agency Name*

350 S. Grand Ave., Suite 2200
*Street Address*

Los Angeles, CA  90071
*City, State, Zip Code*

213-617-6123
*Telephone Number*

213-625-1832
*Fax Number*

jrubiner@bkolaw.com
*E-mail Address*

155208
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated December 6, 2018

John K. Rubiner
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I am a member in good standing and eligible to practice before the following courts (continued from p. 1):

| Name of Court | Date of Admission | Active Member in Good Standing |
| --- | --- | --- |
| United States Supreme Court | 1979 | Yes. |
| Second Circuit Court of Appeals | 2010 | Yes. |

The following are related cases:

18-MJ-02872
18-MJ-02874
18-MJ-02876
18-MJ-02878
18-MJ-02880
18-MJ-02883

 **STATE BAR OF ARIZONA**

November 30, 2018

Michael L Piccarreta
2 E Congress St Ste 1000
Tucson, AZ 85701-1782

**RE: Mr Michael L Piccarreta**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:     October 05, 1974.
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Rebecca Urias
Resource Center

