Name and address:

Seetha Ramachandran
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hearing on Application to Stay Execution of Seizure Warrants

Plaintiff(s)

Defendant(s).

CASE NUMBER
18 MJ 2875

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ramachandran, Seetha                                    of     Schulte Roth & Zabel LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      919 Third Avenue
(212) 756-2000          (212) 593-5955                          New York, New York 10022
*Telephone Number*      *Fax Number*

Seetha.Ramachandran@srz.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
James Larkin

_____

*Name(s) of Party(ies) Represented*           ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Claimant
and designating as Local Counsel

Bernstein, Whitney Z.                                   of     Bienert, Miller & Katzman, PLC
*Designee's Name (Last Name, First Name & Middle Initial)*       903 Calle Amanecer
304917          (949) 369-3700          (949) 369-3701          Suite #350
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*     San Clemente, California 92673

*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  12-10-18                              _____
                                             ~~U.S. District Judge~~/U.S. Magistrate Judge