UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | MJ 18-2872; MJ 18-2873; MJ 18-2874; MJ 18-2875; MJ 18-2876; MJ 18-2878; MJ 18-2880; MJ 18-2883 | Date: | December 12, 2018 |
| Title: | In re Seizure Warrants | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: CS 12/12/2018 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart System |

| Attorneys Present for Plaintiff: | Attorneys Present for Movants[1]: |
|---|---|
| John Kucera, AUSA | Simona A. Agnolucci |
| | Whitney Z. Bernstein |
| | Thomas H. Bienert, Jr. |
| | Paul J. Cambria, Jr. |
| | Anne M. Chapman |
| | Bruce S. Feder |
| | James C. Grant |
| | Gary S. Lincenberg |
| | Ariel A. Neuman |
| | Elliot R. Peters |
| | Michael L. Piccarreta |
| | Stephen M. Weiss |

**Proceedings:**   MINUTE ORDER RE: HEARING ON MOTIONS TO STAY EXECUTION OF SEIZURE WARRANTS

The case was called and counsel entered their appearances. The Court heard argument from counsel regarding the pending motions to stay execution of the seizure warrants.

The Court ordered the Government to file a surreply by December 17, 2018. Counsel for movants may file a response by December 21, 2018. Thereafter, the Court will take the matter under submission.

**IT IS SO ORDERED.**

|   |   2   :   35   |
|---|---|
| Initials of Preparer | dl |

---

[1] Movants are Elizabeth McDougall, James Larkin, John Brunst, Michael Lacey, Andrew Padilla, Joye Vaught, Scott Spear, and certain former Backpage.com employees.