**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Bora Lee | 2a. Contact Phone Number | (310) 201-2100 | 3a. Contact E-mail Address | blee@birdmarella.com |
| 1b. Attorney Name (if different) | Ariel A. Neuman | 2b. Attorney Phone Number | (310) 201-2100 | 3b. Attorney E-mail Address | aneuman@birdmarella.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow
1875 Century Park East, Suite 2300
Los Angeles, CA 90067

| 5. Name & Role of Party Represented | Claimant |
|---|---|
| 6. Case Name | In the Matter of the Seizure of: Up To And Including $10,000 in Bank Fund Held In JP Morgan Chase Account, et al. |
| 7a. District Court Case Number | 2:18-mj-02875 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*

☒ DIGITALLY RECORDED     ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:**  ☐ Appeal  ☒ Non-Appeal     ☒ Criminal ☐ Civil     ☐ CJA ☐ USA     ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c below

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2018 | Rozella Oliver | Hearing | ☒ | ☒ | ☒ | ☐ | ☐ | ☐ | ☒ | DAILY (Next day) |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.     Date  12/13/2018     Signature  /s/ Ariel Neuman

American LegalNet, Inc.
www.FormsWorkFlow.com
3430109.1 G-120 (2/16)