```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. KUCERA (California Bar No. 274184)
    Assistant United States Attorney
 6  Asset Forfeiture Section
        Federal Courthouse, 14th Floor
 7      312 North Spring Street
        Los Angeles, California 90012
 8      Telephone:  (213) 894-3391
        Facsimile:  (213) 894-0142
 9      E-mail: John.Kucera@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| *IN THE MATTER OF THE SEIZURE OF:* | Case No. 2:18-MJ-2875 |
|---|---|
| UP TO AND INLCUDING $10,000 IN BANK FUNDS HELD IN JP MORGAN CHASE ACCOUNT #XXXX9285; ET AL. | ***EX PARTE* APPLICATION TO SET BRIEFING SCHEDULE; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER** |

Plaintiff United States of America (the "Government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Kucera, hereby file this *Ex Parte* Application to Set Briefing Schedule. The [PROPOSED] Briefing Schedule is attached at Attachment A.

On December 13, 2018, the government contacted opposing counsel (Paul Cambria, Bruce Feder, Whitney Bernstein, Toni Thomas, Tom Bienert, Elliot Peters, Michael Piccarreta, Stephen Weiss, Gary Lincenberg, Ariel Newman, Daniel Quigley, and James Grant) to propose a stipulation to a briefing schedule on the issue of whether the seizure warrants at issue required any standard other than probable cause.  Though the government and opposing counsel have negotiated in good faith in an effort to specify the issue to be briefed (and other related concerns), the parties have come to an impasse, and opposing counsel has advised that they would oppose this application.  Additionally, the parties have agreed that opposing counsel shall have until December 28, 2018, to file any response to this *ex parte* application.

 Dated: December 20, 2018          Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/John J. Kucera
                                   JOHN J. KUCERA
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  INTRODUCTION**

The government seeks a briefing schedule on the sole issue of whether the seizure warrants were required to meet any standard other than probable cause before they could be issued. The government proposes that movants bear the burden of establishing that the warrants required any heightened standard, therefore, the government proposes that defendants/movants file the initial brief, with the government to respond thereafter.

**II. STATEMENT OF FACTS**

On or about November 20, 2018, various parties ("movants") brought motions ("stay motions") to stay execution of warrants issued by this Court for the seizure of certain funds (the "IOLTA funds") held in attorney trust accounts related to Backpage.com.

On December 12, 2018, before this Court, movants and the government appeared at a hearing concerning the stay motions after the government argued that the seizure warrants had expired of their own terms, and the stay motion was moot. At the conclusion of the hearing, the Court directed the government to file a sur-reply on the issue of mootness on December 17, 2018, and allowed Movants to file a further reply by December 21. Pursuant to a request by the parties, the Court has extended the deadline for the government's sur-reply until December 20, 2018.

Though the government and opposing counsel have negotiated in good faith, the parties are at an impasse. Now, the government submits its *Ex Parte* Application to Set Briefing Schedule and Proposed Briefing Schedule.

**III. ARGUMENT**

In their stay motions and at the related hearing, movants argued that the nature of the assets identified in the seizure warrant required a higher standard than probable cause before the seizure warrants could issue.

The government now withdraws its arguments that the issues presented by the stay motions are moot, and the government submits that all parties would benefit from a full, comprehensive briefing on the limited issue of whether the seizure warrants required any standard other than probable cause before they could be issued.

Assuming this issue is resolved in the government's favor, the government submits that movants thereafter would retain any and all substantive rights and potential challenges to the seizure warrants and affidavits.

Although the parties did not reach agreement on substantive issues related to the proposed briefing, the parties did discuss certain dates related to proposed briefing. The government does not request that movants' be bound by the following proposed schedule, but the government submits the following dates as its best effort to accommodate the schedules of all the interested parties. Accordingly, the government proposes the following dates for any briefing schedule:

Movants' brief due ......................... January 22, 2019
Government's response brief due ........... February 11, 2019
Movants' reply brief due .................. February 24, 2019

## IV. **CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court adopt the proposed briefing schedule attached herein as Attachment A.

Dated: December 20, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


       /s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA