```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN THE MATTER OF THE SEIZURE OF:* <br><br> UP TO AND INLCUDING $10,000 IN BANK FUNDS HELD IN JP MORGAN CHASE ACCOUNT #XXXX9285; ET AL. | Case No. 2:18-MJ-2875 <br><br> **[PROPOSED] BRIEFING SCHEDULE** |

/ / /

/ / /

Briefing issue: whether the seizure warrants require any standard other than probable cause.

Movants' brief due .......................... January 22, 2019

Government's response brief due ........... February 11, 2019

Movants' reply brief due ................. February 24, 2019

_____    _____
DATE                                HONORABLE ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA