IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN THE MATTER OF THE SEIZURE OF:*<br><br>UP TO AND INLCUDING $10,000 IN BANK FUNDS HELD IN JP MORGAN CHASE ACCOUNT #XXXX9285; ET AL. | Case No. 2:18-MJ-2875<br><br>**[PROPOSED] ORDER AND BRIEFING SCHEDULE** |

Pursuant to the government's *ex parte* application, and good cause appearing therefor:

The government's withdraws its argument that the issues presented by the stay motions are moot;

The parties shall brief whether the seizure warrants at issue before the Court are subject to any standard other than probable cause.

The briefing schedule on this issue is as follows.

  Movants' brief due ........................ January 22, 2019

  Government's response brief due .......... February 11, 2019

  Movants' reply brief due ................. February 24, 2019

The Court will set a hearing date after the close of briefing.

_____  _____
DATE              HONORABLE ROZELLA A. OLIVER
                  UNITED STATES MAGISTRATE JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY E-MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 20, 2018**, I served a copy of: **GOVERNMENT'S EX PARTE APPLICATION TO SET BRIEFING SCHEDULE** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:  tbienert@bmkattorneys.com; pcambria@lglaw.com; emccampbell@lglaw.com; glincenberg@birdmarella.com; aneuman@birdmarella.com; jimgrant@dwt.com; mlp@pd-law.com; sweiss@karpweiss.com; gpanchapakesan@birdmarella.com; fl@federlawpa.com; wbernstein@bmkattorneys.com; tbienert@bmkattorneys.com; tthomas@bmkattorneys.com; quigley@djqplc.com; and EPeters@keker.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 20, 2018** at Los Angeles, California.

                                        /s/ ***S. Beckman***
                                       SHANNEN BECKMAN