# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

JP MORGAN CHASE BANK FUNDS: UP TO AND INCLUDING $10,000 HELD IN ACCOUNT #211909285; UP TO AND INCLUDING $100,000 HELD IN ACCOUNT #851844381; UP TO AND INCLUDING $250,000 HELD IN ACCOUNT #100079698; AND UP TO AND INCLUDING $100,000 HELD IN ACCOUNT #616275397

**AMENDED SEIZURE WARRANT**

**CASE NUMBER:** 2:18-MJ-2875

TO:   __United States Postal Service (USPIS)__ and any Authorized Officer of the United States, Affidavit(s) having been made before me by __POSTAL INSPECTOR LYNDON A. VERSOZA__ who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Account #211909285; Up To And Including $100,000 in Bank Funds Held in JP Morgan Chase Account #851844381; Up To And Including $250,000 in Bank Funds Held in JP Morgan Chase Account #100079698; And Up To And Including $100,000 in Bank Funds Held in JP Morgan Chase Account #616275397

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981 (a)(1)(A) and (C)

**concerning a violation of Title __18__ United States Code, Sections __1952, 1956, and 1957__.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

__JP Morgan Chase__ is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Postal Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

10-31-18 @ 1:56 pm
**Date and Time Issued**

Los Angeles, California
**City and State**

__Hon. ROZELLA A. OLIVER, U.S. Magistrate Judge__
**Name and Title of Judicial Officer**

_Ra Ol_
**Signature of Judicial Officer**

JOHN J. KUCERA/smb

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2018 | 11/8/2018 | Vanessa Najera (TPML) |

INVENTORY MADE IN THE PRESENCE OF

Quoc Thai

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One Check, Totaling $84,501.34, from Account x 53977

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: 12/21/2018

_____
Executing Officer's Signature

Quoc Thai (Special Agent)
Printed Name and Title