UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MINUTES – GENERAL

Case No.: MJ 18-2872; MJ 18-2873; MJ 18-2874; MJ 18-2875; MJ 18-2876; MJ 18-2878; MJ 18-2880; MJ 18-2883

Date: December 28, 2018

Title: In re Seizure Warrants

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | |
|---|---|
| Deputy Clerk | Court Recorder: |

| Attorneys Present for Plaintiff: | Attorneys Present for Movants: |
|---|---|
| n/a | n/a |

**Proceedings:** **MINUTE ORDER RE: GOVERNMENT'S EX PARTE APPLICATION TO SET BRIEFING SCHEDULE**

Pending before the Court are the Government's *Ex Parte* Application to Set Briefing Schedule and the Movants' Response to the Government's *Ex Parte* Application.

The Court denies the Government's *Ex Parte* Application and orders the Government to file its surreply to the pending motions to stay execution of search warrants by **January 7, 2019**. Counsel for Movants may file a response by **January 14, 2019**. Thereafter, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Initials of Preparer : dl