Thomas H. Bienert, Jr. CA State Bar No. 135311
Whitney Z. Bernstein, CA State Bar No. 304917
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350 San Clemente, CA 92673
(949) 369-3700
tbeinert@bmkattorneys.com
wbernstein@bmkattorneys.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**In the Matter of the Seizure of:**

Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9285; Up To and Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX4381; Up To and Including $250,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9698; and Up To And Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX5397.

CASE NUMBER:

2:18-MJ-02875

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✔] Filed  [ ] Lodged:  (**List Documents**)

Exhibit B to Response to Government's Surreply to Motion re Seizure of Attorney Retainers (Doc. No. 31) Transcript of December 12, 2018 Hearing Before Judge Oliver.

**Reason:**

[✔] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

1-15-19
Date

s/ Whitney Z. Berstein
Attorney Name
James Larkin
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**