```
                                          FILED
                                    CLERK, U.S. DISTRICT COURT

                                          1/15/2019

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: _____DL_____ DEPUTY
```

1  Thomas H. Bienert, Jr., CA State Bar No. 135311
2  Whitney Z. Bernstein, CA State Bar No. 304917
   BIENERT, MILLER & KATZMAN, PLC
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone:    (949) 369-3700
5  Facsimile:    (949) 369-3701
   Email:        tbienert@bmkattorneys.com
6                wbernstein@bmkattorneys.com
7  *Attorneys for James Larkin*

8  Gary S. Lincenberg, State Bar No. 123058
   Ariel A. Neuman, State Bar No. 241594
9  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
10 1875 Century Park East, 23rd Floor
   Los Angeles, CA 90067-2561
11 Telephone:    (310) 201-2100
12 Facsimile:    (310) 201-2110
   Email:        glincenberg@birdmarella.com
13               aneuman@birdmarella.com
14 *Counsel for John Brunst*

15 Additional counsel listed on next two pages

16              IN THE UNITED STATES DISTRICT COURT
17           FOR THE CENTRAL DISTRICT OF CALIFORNIA

**In the Matter of the Seizure of:**

Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9285; Up To and Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX4381; Up To and Including $250,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9698; and Up To And Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX5397.

Case No. 18-MJ-02875

**NOTICE OF APPLICATION AND APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5; [PROPOSED ORDER]**

James C. Grant (Wash. Bar No. 14358; admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Ave, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8096
Facsimile: (206) 757-7096
Email: jimgrant@dwt.com
*Counsel for Michael Lacey and James Larkin*

Paul J. Cambria, Jr., State Bar No. 177957
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
*Counsel for Defendant Michael Lacey*

Michael L. Piccarreta (AZ Bar No. 003962; admitted *pro hac vice*)
PICCARRETA DAVIS KEENAN FIDEL PC
2 E Congress St., Suite 1000
Tucson, Arizona 85701
Telephone: (520) 622-6900
Facsimile: (520) 622-0521
Email: mlp@pd-law.com
*Counsel for Andrew Padilla*

Steve Weiss (AZ Bar No. 002261; admitted *pro hac vice*)
KARP & WEISS PC
3060 N Swan Rd.
Tucson, Arizona 85712
Telephone: (520) 325-4200
Facsimile: (520) 325-4224
Email: sweiss@karpweiss.com
*Counsel for Joye Vaught*

Additional counsel listed on next page

1  Bruce Feder (AZ Bar No. 004832; admitted *pro hac vice*)
2  FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
3  Phoenix, Arizona 85016
4  Telephone: (602) 257-0135
   Email:     bf@federlawpa.com
5  *Counsel for Defendant Scott Spear*

6
7  Anne M. Chapman, CA State Bar 203865
   MITCHELL STEIN CAREY CHAPMAN PC
8  One Renaissance Square
   2 North Central Avenue, Suite 1450
9  Phoenix, Arizona 85004
10 Telephone: (602) 388-1232
   Facsimile: (602) 358-0291
11 Email:     anne@MSCCLaw.com
12 *Counsel for certain former Backpage.com employees*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR COUNSEL FO RECORD:**

    PLEASE TAKE NOTICE that movant James Larkin ("Larkin") respectfully applies to this Court pursuant to Local Rule 79-5 for an order permitting Larkin to file under seal:

1. "Exhibit B" Transcript of December 12, 2018 proceedings before Judge Oliver filed with the Response To Government's Surreply To Motion Re Seizure Of Attorney Retainers

    This application is based upon this Notice, the following application, and the Court's file in this case. In the event the Court denies this application, Larkin requests that the foregoing documents be returned to Larkin's undersigned counsel and not filed publicly.

Dated:  January 15, 2019          BIENERT, MILLER & KATZMAN, PLC
                                               *s/ Whitney Z. Bernstein*
                                               Thomas H. Bienert
                                               Whitney Z. Bernstein
                                               Attorneys for James Larkin

# **APPLICATION**

Larkin seeks an order permitting him to file the following documents under seal pursuant to Local Civil Rule 79-5:

1. "Exhibit B" Transcript of December 12, 2018 proceedings before Judge Oliver filed with the Response To Government's Surreply To Motion Re Seizure Of Attorney Retainers

The foregoing document remains under seal in the inset case and therefore the excerpts are presented for under seal filing.

Dated: January 15, 2019        BIENERT, MILLER & KATZMAN, PLC

By: /s/ *Whitney Z. Bernstein*
Thomas H. Bienert
Whitney Z. Bernstein
Attorneys for James Larkin

# CERTIFICATE OF SERVICE FOR UNDER SEAL FILING

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the following documents on January 15, 2019 on all interested parties in this action as follows: **(1) Application to File Exhibit B, Excerpts Transcript of December 12, 2018 Hearing Under Seal and Proposed Order**

**[X] BY ELECTRONIC TRANSMISSION:** by electronically transmitting a a PDF Version of all the documents listed above to the following email addresses:

**(1) john.kucera@usdoj.gov**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2019, at San Clemente, California.

*/s/ Toni Thomas*
Toni Thomas