```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                            1/16/2019

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:        DL        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:** | Case No. 18-MJ-02875 |
| Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9285; Up To and Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX4381; Up To and Including $250,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9698; and Up To And Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX5397. | [PROPOSED] **ORDER GRANTING JAMES LARKIN'S APPLICATION TO FILE UNDER SEAL** |

The Court has considered James Larkin's January 15, 2019 Application to File Under Seal "Exhibit B" of Movants' Response to Government's Surreply to Motion re Seizure of Attorney Retainers. Based on the reasons set forth therein, the Application is GRANTED.

IT IS SO ORDERED.

Dated: 1-16-19.

The Honorable Rozella A. Oliver
United States Magistrate Judge