NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391
  Facsimile: (213) 894-0142
  E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN THE MATTER OF THE SEIZURE OF:*<br><br>UP TO AND INLCUDING $10,000 IN BANK FUNDS HELD IN JP MORGAN CHASE ACCOUNT #XXXX9285; ET AL. | Case No. 2:18-MJ-2875-RAO<br><br>**NOTICE OF MATERIAL DEVELOPMENT** |

      Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Kucera, hereby file this Notice of Material Development.

      On January 18, 2019, in *United States v. Lacey, et al.* 2:18-CR-00422-SPL (D. Ariz.), counsel for defendant Andrew Padilla filed defendants' Joint Status Report (Dkt. No. 443).[1] The Report, attached as Exhibit A, claimed that the government's actions deprived defendants of resources necessary to defend their case and reiterated defendants' First Amendment concerns. Also on January 18,

---
[1] Defendants Lacey, Larkin, Spear, Brunst, and Vaught joined in this filing.

2019, the government filed its Status Memorandum (Dkt. No. 444), attached as Exhibit B.  Additionally, on January 23, 2019, the government filed its Response to defendants' Joint Status Report. (Dkt. No. 446), attached as Exhibit C.

On January 25, 2019, at a status hearing, the Honorable Judge Stephen P. Logan, United States District Judge for the District of Arizona, agreed to construe defendants' "Status Report" as a motion to stay defendants' obligations and deadlines under the scheduling order that governs defendants' federal criminal prosecution in Arizona.  Following argument, the Court denied defendants' motion to stay.  The Court's Order is attached as Exhibit D.

Separately, on January 23, 2019, the United States Court of Appeals for the Ninth Circuit discharged its earlier order to show cause, and allowed expedited briefing on defendants' appeal of the stay of civil forfeiture cases related to Backpage (See Exhibit E, attached).  The Circuit ordered the parties to brief jurisdiction in addition to any other issues the parties wished to raise in their briefs.

Dated: January 31, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


   /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA