Thomas H. Bienert, Jr., State Bar No. 135311
Whitney Z. Bernstein, State Bar No. 304917
BIENERT |KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:    (949) 369-3700
Facsimile:    (949) 369-3701
Email:        tbienert@bienertkatzman.com
              wbernstein@ bienertkatzman.com
*Attorneys for James Larkin*

Gary S. Lincenberg, State Bar No. 123058
Ariel A. Neuman, State Bar No. 241594
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:    (310) 201-2100
Facsimile:    (310) 201-2110
Email:        glincenberg@birdmarella.com
              aneuman@birdmarella.com
*Counsel for John Brunst*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | Case No. 18-MJ-02875-RAO |
| Up To And Including $10,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9285; Up To and Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX4381; Up To and Including $250,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX9698; and Up To and Including $100,000 in Bank Funds Held in JP Morgan Chase Account #XXXXX5397. | Simultaneously Filed In: 18-MJ-02872; 18-MJ-02873; 18-MJ-02874; 18-MJ-02876; 18-MJ-02878; 18-MJ-02880; and 18-MJ-02883<br><br>**REQUEST FOR STATUS CONFERENCE, OR, IN THE ALTERNATIVE, PROMPT RULING** |

Request for Status Conference, or, in the alternative, Prompt Ruling

Paul J. Cambria, Jr., State Bar No. 177957
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:   (716) 849-1333
Facsimile:    (716) 855-1580
Email:          pcambria@lglaw.com
*Counsel for Defendant Michael Lacey*

Michael L. Piccarreta (AZ Bar No. 003962, *admitted pro hac vice*)
PICCARRETA DAVIS KEENAN FIDEL PC
2 E Congress St., Suite 1000
Tucson, Arizona 85701
Telephone:   (520) 622-6900
Facsimile:    (520) 622-0521
Email:          mlp@pd-law.com
                    jkeenan@pd-law.com
*Counsel for Andrew Padilla*

Bruce Feder (AZ Bar No. 004832, *admitted pro hac vice*)
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:   (602) 257-0135
Email:          bf@federlawpa.com
*Counsel for Defendant Scott Spear*

Request for Status Conference, or, in the alternative, Prompt Ruling

Movants James Larkin, Michael Lacey, Scott Spear, John Brunst, and Andrew Padilla, by and through their undersigned counsel, hereby file this request for a status conference, or, in the alternative, a prompt ruling.

On November 20, 2018, Movants filed an Application to (1) Stay Execution of Seizure Warrants and (2) Provide Notice to the Court of First Amendment and *Franks* Violations in this and seven related cases. Dkt. 4 (filed under seal). The Application concerned the seizure of funds from attorney trust accounts held for the legal defense of Movants in connection with the government's ongoing prosecution in *United States v. Lacey, et al.*, No. CR-18-00422-PHX-SMB (D. Ariz.) and other cases. On December 12, 2018, the Court heard Movants' Application. The Court took the matter under submission as of January 14, 2019. Dkt. 31.

Movants respectfully request a status conference or prompt ruling.

Dated: December 16, 2019       BIENERT |KATZMAN PC

/s/ *Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
Attorneys for James Larkin

LIPSITZ GREEN SCIME CAMBRIA LLP

/s/ *Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Attorneys for Michael Lacey

Request for Status Conference, or, in the alternative, Prompt Ruling

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG AND RHOW

*/s/ Ariel A. Neuman*
Gary S. Lincenberg
Ariel A. Neuman
Attorneys for John Brunst

FEDER LAW OFFICE, P.A.

*/s/ Bruce Feder*

Bruce Feder
Attorneys for Scott Spear

PICCARRETA DAVIS KEENAN FIDEL PC

*/s/ Michael Piccarreta*
Michael L. Piccarreta
Attorneys for Andrew Padilla

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the following documents on December 16, 2019 on all interested parties in this action as follows: **(1) REQUEST FOR HEARING OR IN THE ALTERNATIVE PROMPT RULING**

**[X] BY ELECTRONIC TRANSMISSION:** by electronically transmitting a a PDF Version of all the documents listed above to the following email addresses: **(1) john.kucera@usdoj.gov**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2019, at San Clemente, California.

/s/ Toni Thomas
Toni Thomas